UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL NICHOLE STATEN,

    Plaintiff,

v.                                        Case No. 8:14-cv-1063-T-30AEP

NEW LIFE ADULT CARE II,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court *sua sponte*. On November 18, 2014, Attorney Spiro T. Komninos moved to withdraw as counsel for Defendant New Life Adult Care II, Inc. ("Defendant") (Doc. 19). The Court granted the motion and noted that, because Defendant is a corporation, it cannot represent itself in this action (Doc. 20). *See* M.D. Fla. R. 2.03(e). As a result, Defendant was directed to retain new counsel, who should then file a notice of appearance on or before December 22, 2014. Defendant was also put on notice that the failure to retain new counsel may result in entry of a default against Defendant. As of today, nothing in the record indicates that Defendant has retained new counsel. After consideration, therefore, it is hereby

RECOMMENDED:

1. A default be entered against Defendant New Life Adult Care II.

IT IS SO REPORTED in Tampa, Florida, this 29th day of December, 2014.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); M.D. Fla. R. 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) (*en banc*).


cc:    Hon. James S. Moody, Jr.
       Plaintiff, *pro se*