# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHERYL NICHOLE STATEN,

    Plaintiff,

v.                                                 Case No: 8:14-cv-1063-T-30AEP

NEW LIFE ADULT CARE II,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #22) and the Objections (Dkt. #24) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Defendant's Objection to the Magistrate Judge's Report and Recommendation should be sustained. The corporate Defendant retained counsel after the issuance of the Report and Recommendation.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Defendant New Life Adult Care II, Inc.'s Objection to Report and Recommendation of Magistrate Judge (Dkt. #24) is **SUSTAINED**.

2

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of January, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1063 adopt 22.docx

2